LEONARD A. LAWSON JR.,
Name
1831 EARLYVIEW DR.
ANCHORAGE, AK. 99504
Mailing address
(907) 952-1100
Telephone



RECEIVED
SEP 03 2013
CLERK, U.S, DISTRICT
COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

LEONARD A. LAWSON JR.,
(Full name of plaintiff in this action)

                    Plaintiff,

vs.

SEE ATTACHMENT #1          ,

_____,

_____,

_____,
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

                    Defendant(s).

Case No. 3:11-cv-00151-SLG
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

SECOND AMENDED COMPLAINT

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below:

_____

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of LEONARD A. LAWSON JR.,
(print your name)
who presently resides at 1831 EARLY VIEW DR., ANCHORAGE, AK. 99504 , were
(mailing address)
violated by the actions of the below named individual(s).

PS 02 (4/06)                    Page 1 of 8

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _JEFFERY GREGG_____, is a citizen of
_____(name)_____
_Alaska_____, and is employed as a _ANCHORAGE POLICE OFFICER_.
_(state)_                                _(defendant's government position/title)_

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 2, _MONIQUE DOLL_____, is a citizen of
_____(name)_____
_Alaska_____, and is employed as a _ANCHORAGE POLICE OFFICER_.
_(state)_                                _(defendant's government position/title)_

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 3, _MICHAEL DAHLSTROM_____, is a citizen of
_____(name)_____
_Alaska_____, and is employed as a _DRUG ENFORCEMENT AGENT_.
_(state)_                                _(defendant's government position/title)_

_____This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them
if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5,"
etc.").

Claim 1: The following civil right has been violated: _4th AMENDMENT RIGHT TO_
_(e.g., due process, freedom of religion, free speech, freedom_
_NOT BE SUBJECTED TO UNREASONABLE SEARCH AND SEIZURE_
of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Page 2 of 8

4 **2. Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 4 _NATHANIEL CLEMENTSON_____, is a citizen of
_____ (name)
_ALASKA_____, and is employed as a _DRUG ENFORCEMENT AGENT_.
(state)                                      (defendant's government position/title)

_✗_ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2 5 _RICHARD F. YOUNGBLOOD_____, is a citizen of
_____ (name)
_ALASKA_____, and is employed as a _DRUG ENFORCEMENT AGENT_.
(state)                                      (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____, is a citizen of
_____ (name)
_____, and is employed as a_____.
(state)                                      (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5, etc.").

Claim 1: The following civil right has been violated:_____
                                                    (e.g., due process, freedom of religion, free speech, freedom
_____
of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

~~Page 7 of 8~~
COPY (DEFENDANTS CONT. )

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1.)

SEE ATTACHMENT # 2

Claim 2: The following civil right has been violated: _14th AMENDMENT RIGHT_
<span style="font-size:small">(e.g., due process, freedom of religion, free speech, freedom</span>
_TO DUE PROCESS OF LAW._
of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2. Include **dates**.)

_SEE ATTACHMENT #3_

Page 4 of 8

<u>Claim 3</u>: The following civil right has been violated:_____

(e.g., due process, freedom of religion, free speech, freedom

_____

of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

<u>Supporting Facts</u>: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3. Include **dates**.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 5 of 8

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action? _____ Yes _✓_ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

b. Name and location of court:_____

_____

c. Docket number:_____

d. Name of judge to whom case was assigned:_____

e. Disposition:_____
                    (For example, was the case dismissed, appealed or still pending?)

f. Issues Raised:_____

_____

_____

_____

_____

g. Approximate date case was filed:_____

h. Approximate date of final decision:_____

Page 6 of 8

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _100,000⁰⁰_

2. Punitive damages in the amount of $ _1,000,000 ⁰⁰_

3. An order requiring defendant(s) to _POSSESS A VALID WARRANT TO SEARCH AND OR SEIZE PEOPLE OR PROPERTY "BEFORE" THEY ENTER A HOME OR ARREST A NON-SUSPECT._

4. A declaration that _IT WONT HAPPEN AGAIN!_

5. Other:_____

Plaintiff demands a trial by _____ Jury ___✓___ Court. (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_Leonard A. Lawson Jr._
**Plaintiff's Original Signature**

_LEONARD ANDREW LAWSON JR.,_
Plaintiff's Full Name

Executed at _1831 EARLY VIEW DR._ on _8/30/13_
　　　　　　　　(Location)　　　　　　　　　　　(Date)

Page 7 of 8

_(signature)_
Original Signature of Attorney (if any)

8/30/13
(Date)

1831 EARLY VIEW DR.
ANCHORAGE, ALASKA 99504
(907)-952-1100
Attorney's Address and Telephone Number

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_Leonard A. Lawson Jr.,_
**Plaintiff's Original Signature**

_LEONARD ANDREW LAWSON JR.,_
Plaintiff's Full Name

Executed at _7731 E Northern Lights Blvd, 99504_ on _September 3, 2013_
         (Location)                                (Date)

**SUBSCRIBED AND SWORN** to before me on _September 3_, 2013, at Anchorage, Alaska.

_Reginald Alston_
Notary Public
STATE OF ALASKA
My Commission Expires: _11/17/2014_

(Notary Seal: Reginald Alston — Notary Public — State of Alaska)

Second Amended Complaint
Case 3:11-cv-00151-SLG

# CERTIFICATE OF SERVICE

**I HEREBY** certify that a true and accurate copy of this complaint was sent on **September 3, 2013,** by hand delivery to:

THE DISTRICT COURT FOR THE DISTRICT OF ALASKA.


Leonard A. Lawson Jr. **Plaintiff**
1831 Early View Dr.
Anchorage, Alaska
99504