# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

LEONARD A. LAWSON, JR.,
    Plaintiff,

Case Number 3:11-cv-00151-SLG

v.

JEFFERY GREGG, MONIQUE DOLL,
NATHANIEL CLEMENTSON,
MICHAEL DAHLSTROM, and
RICHARD F. YOUNGBLOOD
    Defendants.

**JUDGMENT IN A CIVIL CASE**

  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT Leonard Lawson, Jr. Is awarded nominal damages in the amount of $1.00 as to defendant Jeffery Gregg and $1.00 as to defendant Nathaniel Clementson. Judgment is entered for defendants Monique Doll, Richard F. Youngblood, and Michael Dahlstrom.

APPROVED:

 S/SHARON L. GLEASON
 United States District Judge

[Jmt2 - Basic - rev. 1-13-16}

Date: August 20, 2019

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

   JENNIFER GAMBLE
Jennifer Gamble, Acting Clerk of Court